UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN DOUGLAS BAXTER, JR., | ) | 1:05-cv-00209-REC-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING REPORT AND RECOMMENDATION** (Doc. 7) |
| v. | ) | |
| | ) | **ORDER DEEMING PETITION SUBJECT TO DISMISSAL AS A MIXED PETITION** |
| PEOPLE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |
| | ) | **ORDER GRANTING PETITIONER LEAVE TO FILE A MOTION TO WITHDRAW THE UNEXHAUSTED CLAIMS PRIOR TO DISMISSAL** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On March 22, 2005, the Magistrate Judge filed a Report and Recommendation that the instant Petition for Writ of Habeas Corpus is subject to dismissal as a mixed petition, and granting Petitioner leave to file a motion to withdraw the unexhausted claims prior to dismissal.[1]  This Report and Recommendation was served on all parties and contained notice that any objections were

---

[1] The Court notes that the recent Supreme Court's opinion of Rhines v. Weber, has no application to this case as there has been no request to stay the petition pending exhaustion.  Rhines v. Weber, 125 S.Ct. 1528 (2005).

1

to be filed within thirty (30) days from the date of service of that order.  To date, the parties have not filed timely objections to the Report and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Report and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation, filed March 22, 2005, is ADOPTED IN FULL;

2. The instant Petition for Writ of Habeas Corpus is subject to dismissal as a mixed petition; and,

3. Petitioner is granted leave to file a motion to withdraw the unexhausted claims prior to dismissal, within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

**Dated:  May 17, 2005**           /s/ Robert E. Coyle
668554                             UNITED STATES DISTRICT JUDGE